## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Unites States of America<br>ex. rel. Rafik Benaissa, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION**<br>**PRO HAC VICE** |
| vs. | ) ) | |
| Trinity Health, Trinity Hospital, Trinity<br>Kenmare Community Hospital, Trinity<br>Hospital-St. Joseph's and John Does 1-100, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 4:15-cv-159 |

Before the court are motions for attorneys Brian D. Roark and Molly K. Ruberg to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Brian D. Roark and Molly K. Ruberg have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 28 and 29) is **GRANTED**. Attorneys Brian D. Roark and Molly K. Ruberg are admitted to practice before this court in the above-entitled action on defendants' behalf.

**IT IS SO ORDERED.**

Dated this 25th day of October, 2016

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court