# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ex. rel. Rafik Benaissa, M.D., | )<br>)<br>) |
| Relator, | )  **ORDER**<br>) |
| vs. | )<br>) |
| Trinity Health, et. al., | )  Case No. 4:15-cv-159<br>) |
| Defendants. | ) |

Before the court is the parties' "Joint Motion to Set Amendment and Briefing Schedule." The court **GRANTS** the motion (Docket No. 31). Relator shall have until November 14, 2016, to file an amended complaint. Defendants shall have until December 14, 2016, to file a motion to dismiss the amended complaint. Relator shall have until January 13, 2017, to file a response to the motion. Thereafter, defendants shall have until January 28, 2017, to file a reply.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court